BOROUGH OF PALISADES PARK, *ETC.*, PLAINTIFF-RE-
SPONDENT, v. COUNTY OF BERGEN, *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

HENRY MARTOCCI, *ET AL.*, INTERVENORS-PETITIONERS.

*Mr. Alfred A. Porro, Jr.* for the petitioners.

*Messrs. Breslin & Monaghan, Mr. Michael J. Ferrara* and
*Mr. John A. Spizziri* for the respondents.

February 24, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
INTEREST OF G. J., A JUVENILE, DEFENDANT-PETI-
TIONER.

See same case below: 108 *N. J. Super.* 186.

*Mr. Stanley C. Van Ness* and *Mr. John M. Cannel* for the
petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the
respondent.

February 24, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM GLASPER, a/k/a SHURBIE P. GLASPER,
DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Rosemary K. Reavey* for
the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the
respondent.

February 24, 1970. Denied.